THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY J. FOLEY,<br><br>              Plaintiff,<br><br>vs.<br><br>ACCOUNTS RETRIEVABLE SYSTEM, INC. AND JOHN J. MITCHELL DBA THE LAW OFFICE OF JOHN J. MITCHELL,<br><br>              Defendants. | No. C09-1549Z<br><br>ORDER |

      THIS MATTER comes before the Court on defendant The Accounts Retrievable System, Inc.'s motion to dismiss, docket no. 13.  The motion indicates that the parties have reached a settlement of this matter, but that plaintiff Kelly J. Foley has not taken steps to perfect the settlement.  In a subsequent submission, defendant advised the Court that the parties had executed a settlement agreement, but that defendant seeks attorney fees for having to file the earlier motion to dismiss.  Defendant's counsel, however, did not provide any billing statements or other

ORDER - 1

documents to support the request for attorney fees.  In addition, no copy of the executed settlement agreement has been provided to the Court.  No opposition to defendant's motion having been filed, the Court hereby:

        (1)     DISMISSES this case with prejudice and without costs;

        (2)     DENIES defendant's request for attorney fees; and

        (3)     DIRECTS the Clerk to CLOSE this case and to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

DATED this 8th day of November, 2010.

                                            Thomas S. Zilly
                                            United States District Judge